UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CPM CONSULTING LLC and MARTINO RIVAPLATA,<br><br>   *Plaintiffs*,<br><br> v.<br><br>CAPSUGEL US LLC,<br><br>   *Defendant*. | Civil Action No. 19-16579<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 21st day of September, 2020,

**ORDERED** that Defendant's motion for summary judgment (D.E. 82) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Defendant's motion as it pertains to Plaintiff's classification as an independent contractor is **DENIED**. Defendant's motion is otherwise **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

                     _____
                     John Michael Vazquez, U.S.D.J