James M. McDonnell, Esq. (Bar ID# 030572001)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
Tel: 908.795.5200
ATTORNEYS FOR DEFENDANT
CAPSUGEL US, LLC

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CPM CONSULTING LLC AND MARTINO RIVAPLATA, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPSUGEL US, LLC <br><br> Defendant. | Case No. 2:19-cv-16579-JMV-JBC <br><br> **DECLARATION IN SUPPORT OF TAXATION OF COSTS** |

**TALLEY R. PARKER**, of full age, declares as follows:

1. I am an attorney in the State of Texas and a Principal with the law firm of Jackson Lewis P.C., the attorneys for Defendant Capsugel US, LLC ("Defendant"). I have been admitted *pro hac vice* for the purposes of representing Defendant in this lawsuit. This declaration is based on my personal knowledge and review of Jackson Lewis P.C.'s business records, and is submitted in support of Defendant's application for an award of its taxable costs in this action pursuant to 28 U.S.C. § 1920, Rule 54 of the Federal Rules of Civil Procedure, and Rule 54.1 of the Local Civil Rules of this Court. As the prevailing party, Defendant seeks recovery of its taxable costs in the amount of $1,635.16.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Order on Defendant's Motion for Summary Judgment in favor of Defendant, dated September 21, 2020, and entered on the docket in this case on September 21, 2020.

3. Annexed hereto as Exhibit 2 is Defendant's Bill of Costs.

4. Annexed hereto as Exhibit 3 are true and correct copies of invoices for the transcription costs (i.e., costs of transcripts and reporter appearances) incurred and paid by Defendant in connection with the deposition of Plaintiff Martino Rivaplata on May 14, 2019. This deposition transcript was used in connection with Defendant's motion for summary judgment. The amount of the transcription costs, $641.84, is included in the Bill of Costs under "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case."

5. Annexed hereto as Exhibit 4 are true and correct copies of invoices for the transcription costs (i.e., costs of transcripts) incurred and paid by Defendant in connection with the deposition of Muralidhar Nuggehalli on June 13, 2019. This deposition transcript was used in connection with Defendant's motion for summary judgment. The amount of these transcription costs, $993.32, is included in the Bill of Costs under "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case."

6. The total amount of transcription costs, $1,635.16, is entered in the Bill of Costs under "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case."

7. The costs set out in the Bill of Costs and listed above are correctly stated, allowable by law, and were actually and necessarily incurred in the case.

WHEREFORE, declarant requests that costs in the amount of $1,635.16 be taxed against Plaintiffs CPM Consulting LLC and Martino Rivaplata in favor of Defendant in this action.

3

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

By: /s/ Talley R. Parker
Talley R. Parker

Dated: October 5, 2020

# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CPM CONSULTING LLC and MARTINO RIVAPLATA,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAPSUGEL US LLC,<br><br>*Defendant*. | Civil Action No. 19-16579<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 21st day of September, 2020,

**ORDERED** that Defendant's motion for summary judgment (D.E. 82) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Defendant's motion as it pertains to Plaintiff's classification as an independent contractor is **DENIED**. Defendant's motion is otherwise **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.

# Exhibit 2

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| CPM Consulting, LLC and Martino Rivaplata, Plaintiffs, <br> v. <br> Capsugel US, LLC, Defendant. | ) ) ) ) ) | Case No.: 2:19-cv-16579 |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/21/2020__ against __CPM Consulting, LLC et al.__,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ |
| Fees for service of summons and subpoena ................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,635.16 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses *(itemize on page two)* ................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................ | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Compensation of court-appointed experts ................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ......................................... | |
| TOTAL | $ **1,635.16** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __s/ Talley R. Parker__

Name of Attorney: __Talley R. Parker__

For: __Capsugel US, LLC__                                   Date: __10/05/2020__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
Attorneys for Defendant
Capsugel US, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CPM CONSULTING, LLC AND MARTINO RIVAPLATA,<br><br>        Plaintiffs,<br><br>   v.<br><br>CAPSUGEL US, LLC,<br><br>        Defendant. | Civil Action No.: 2:19-cv-16579-JMV-JBC<br><br>**DEFENDANT CAPSUGEL US, LLC'S BILL OF COSTS ITEMIZATION** |

| # | Item | Amount |
|---|---|---|
| 1. | Deposition Transcript of Martino Rivaplata [Elite Deposition – Invoice# 34160] submitted in connection with motion for summary judgement (including exhibits and electronic copies) | $641.84 |
| 2. | Deposition Transcript of Muralidhar Nuggehalli [DepoLink Court Reporting – Invoice#: 524142] submitted in connection with motion for summary judgement (including exhibits and electronic copies) | $993.32 |
| | **TOTAL:** | $1,635.16 |

# Exhibit 3

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 524142 | 6/6/2019 | 23369 |
| Job Date | Case No. | |
| 5/14/2019 | 3:17-CV-030259-S | |
| Case Name | | |
| CPM Consulting, LLC., et al., vs. Capsugel US, LLC | | |
| Payment Terms | | |
| Net 30 | | |

Talley R. Parker
Jackson Lewis, P.C. - Dallas
500 N. Akard Street
Suite 2500
Dallas, TX  75201

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Martino Rivaplata | 94.00 Pages | @ | 5.00 | 470.00 |
| Administrative Fee | 1.00 | @ | 60.00 | 60.00 |
| Exhibit Tabs | 14.00 | @ | 0.50 | 7.00 |
| Exhibits (B&W) | 56.00 Pages | @ | 0.89 | 49.84 |
| Binding | 1.00 | @ | 10.00 | 10.00 |
| Shpg & Handing for Exhibits/Read & Sign, Etc. | 1.00 Each | @ | 45.00 | 45.00 |

**TOTAL DUE  >>>**          **$641.84**

Client Matter No.   :   411217

Thank you for your business.  Our terms are net 30 days from date of the invoice.  All delinquent accounts shall bear interest at a rate of 1.5% per month (18% annum), or the maximum legal rate of interest, if less, commencing 10 days after the invoice date.  If you have any questions regarding this invoice, please contact the accounting department at (214) 698-5199.

Signature for acceptance of services represented by this invoice.

X_____   Date_____

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$641.84** |

**Tax ID:** 46-0698417                                                                                 Phone: 214-520-2400    Fax:214-520-2008

*Please detach bottom portion and return with payment.*

Talley R. Parker
Jackson Lewis, P.C. - Dallas
500 N. Akard Street
Suite 2500
Dallas, TX  75201

Invoice No.    :   524142
Invoice Date   :   6/6/2019
**Total Due**  :   **$641.84**

Job No.     :   23369
BU ID       :   EDT
Case No.    :   3:17-CV-030259-S
Case Name   :   CPM Consulting, LLC., et al., vs. Capsugel US, LLC

Remit To:   **Elite Deposition Technologies, Inc.**
            **Corporate Office**
            **400 N. St. Paul Street**
            **13th Floor, Suite 1340**
            **Dallas, TX  75201**

# Exhibit 4

# I N V O I C E



100 Eagle Rock Avenue, Suite 140 East Hanover, NJ 07936
Phone: (973) 353-9880   Fax: (973) 353-9445

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34160 | 6/21/2019 | 37820 |
| Job Date | Case No. | |
| 6/13/2019 | | |
| Case Name | | |
| CPM Consulting LLC v. Capsugel US, LLC | | |
| Payment Terms | | |
| Payable upon receipt | | |

Melanie Uremovich, Esq
Jackson Lewis, P.C.
500 North Alard
Suite 2500
Dallas, TX  75201

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|    Muralidhar N. Nuggehalli | 136.00  Pages | 496.40 |
|      Exhibit | 118.00  Pages | 59.00 |
|      5-Day Expedited Delivery | 136.00  Pages | 437.92 |
| | **TOTAL DUE  >>>** | **$993.32** |
| | AFTER 7/21/2019  PAY | $1,067.82 |
| Thank you for your business and your prompt payment. | | |
| | **(-) Payments/Credits:** | 0.00 |
| | **(+) Finance Charges/Debits:** | 0.00 |
| | **(=) New Balance:** | 993.32 |

**Tax ID:** 45-3652573                                                                                                                Phone: 214-520-2400    Fax:

*Please detach bottom portion and return with payment.*

Melanie Uremovich, Esq
Jackson Lewis, P.C.
500 North Alard
Suite 2500
Dallas, TX  75201

Job No.        : 37820                BU ID          : DEPOLINK
Case No.       :
Case Name      : CPM Consulting LLC v. Capsugel US, LLC

Invoice No.    : 34160                Invoice Date   : 6/21/2019
**Total Due**      : **$993.32**

Remit To:  **DepoLink Court Reporting & Litigation**
           **Support Services**
           **100 Eagle Rock Avenue**
           **Suite 140**
           **East Hanover, NJ  07936**

**PAYMENT WITH CREDIT CARD**                       AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: