James M. McDonnell, Esq. (Bar ID# 030572001)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
Tel: 908.795.5200
ATTORNEYS FOR DEFENDANT
CAPSUGEL US, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CPM CONSULTING LLC AND MARTINO RIVAPLATA, <br><br> Plaintiffs, <br><br> vs. <br><br> CAPSUGEL US, LLC <br><br> Defendant. | : : : : : : : : : : : : | Case No. 2:19-cv-16579-JMV-JBC <br><br> **CERTIFICATE OF SERVICE** |

      I hereby certify that a true and correct copy of Defendant Capsugel US, LLC's ("Defendant") Notice of Motion for Taxation of Costs, Declaration of Talley R. Parker, and this Certificate of Service, were served via the Court's electronic filing system upon Plaintiff's counsel, James W. Boyan III, Pashman Stein Walder Hayden, Court Plaza South, 21 Main Street, Suite 200, Hackensack, New Jersey 07601 and Steven E. Clark, Clark Firm PLLC, 5445 La Sierra Drive, Suite 415, Dallas, Texas 75231, on this 5th day of October, 2020.

                                                    */s/ James M. McDonnell*
                                                    JAMES M. MCDONNELL